Filed 2/21/25  P. v. Vasquez CA2/4
## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(a). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115(a).

### IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
### SECOND APPELLATE DISTRICT
### DIVISION FOUR

| | |
|---|---|
| THE PEOPLE, | B336241 |
| Plaintiff and Respondent, | Los Angeles County |
| v. | Super. Ct. No. KA133519 |
| JESUS VASQUEZ, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of Los Angeles County, Robert Serna, Judge. Affirmed.

Christina Vanarelli, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

In 2023, defendant and appellant Jesus Vasquez pleaded no contest to a violation of Penal Code section 29800, subdivision (a)(1), possession of firearm by a felon. As part of a negotiated disposition, the trial court sentenced him to a term of two years in state prison. Vasquez timely appealed, and we appointed counsel to represent him.

On November 7, 2024, counsel for Vasquez filed a brief raising no issues on appeal and asking us to review the record independently. (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).) On November 12, 2024, we sent Vasquez a letter informing him of his right to file within 30 days a supplemental brief raising any appellate issues he wished us to consider. We received no response.

We have independently examined the entire record. We discern no arguable issue on appeal. (*Wende, supra*, 25 Cal.3d at p. 443.) Accordingly, we affirm. By virtue of counsel's compliance with the *Wende* procedure and our review of the record, appellant has received adequate and effective appellate review of the judgment. (See *Smith v. Robbins* (2000) 528 U.S. 259, 278-279.)

**DISPOSITION**

The judgment is affirmed.

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

DAUM, J.*

We concur:

COLLINS, J.

ZUKIN, Acting P.J.

---

* Judge of the Los Angeles Superior Court assigned by the Chief Justice pursuant to article IV, section 6 of the California Constitution.

3